**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **SAM BARR,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:18-CV-296** |
| | § | |
| **STRIPES LLC, & ENERGY TRANSFER PARTNERS LP/SUNOCO LP,** | § | |
| | § | |
| **Defendants.** | § | |

---

**DEFENDANTS' NOTICE OF REMOVAL**

---

Defendants Stripes LLC and Energy Transfer Partners LP/Sunoco LP (collectively "Stripes") file this Notice of Removal of Cause No. 2017-65352, filed by Plaintiff Sam Barr ("Plaintiff") in the 333rd Judicial District Court of Harris County, Texas, based upon this Court's federal question and supplemental jurisdiction. In support of removal, Defendants respectfully show the Court as follows:

## I. BACKGROUND

1. On October 2, 2017, Plaintiff filed his Original Petition in the 333rd Judicial District Court of Harris County, Texas, Cause No. 2017-65352 (the "State Court Action"). *See* Exhibit 2.[1] In his Petition, Plaintiff alleged claims for age discrimination, retaliation, and hostile work environment, but he did not specify whether he was suing under state or federal law.

---

[1] In accordance with LR81, an index of all matters being filed, is attached hereto as Exhibit 1. True and correct copies of all process, pleadings, and orders served on or by Defendants in the State Court Action and a copy of the state court docket sheet, are attached hereto as Exhibit 2. A list of all counsel of record, including addresses, telephone numbers, and parties represented, is attached hereto as Exhibit 3.

2. Stripes filed a Special Exception and Original Answer and Affirmative and Other Defenses to Plaintiff's Original petition on November 10, 2017, generally denying Plaintiff's allegations. *See* Exhibit 2. The basis for the special exception was Plaintiff's failure to give fair notice regarding the legal basis for his claims in failing to specify the statute upon which he was suing.

3. On November 21, 2017, Plaintiff filed his First Amended Petition, clarifying that he was suing for unlawful age discrimination, retaliation, and a hostile work environment in violation of Chapter 21 of the Texas Labor Code. *See* Exhibit 2.

4. After Defendants filed a Plea to the Jurisdiction and Rule 91a Motion to Dismiss Plaintiffs' claims on January 12, 2018, Plaintiff filed a Second Amended Petition on January 16, 2018, adding alleged causes of action for age discrimination and retaliation under the Age Discrimination in Employment Act, 29 U.S.C. §§ 621 *et seq.*, and hostile work environment under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000(e) *et seq. See* Exhibit 2.

5. In light of Plaintiff's assertion of federal causes of action in his Second Amended Petition, this case became removable pursuant to 28 U.S.C. §§ 1331, 1367(a), 1441(a), and 1446(a) on January 16, 2018.

6. Defendants have timely filed this Notice of Removal. A defendant has 30 days to file a notice of removal after receipt of a copy of an amended pleading from which it may first be ascertained that the case is one which is or has become removable. *See* 28 U.S.C. § 1446(b)(3). As noted above, this case became removable on January 16, 2018, with Plaintiff's pleading federal causes of action in his Second Amended Petition. Therefore, the deadline for filing a notice of removal is February 15, 2018, and this Notice of Removal is timely.

## II.
## JURISDICTION AND VENUE

7. This Court has original jurisdiction over Plaintiff's federal law claims. The United States Federal District Courts have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States. *See* 28 U.S.C. § 1331. Plaintiff's Second Amended Petition asserts civil claims arising under the laws of the United States, specifically the Age Discrimination in Employment Act, 29 U.S.C. §§ 621 *et seq.*, and Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000(e) *et seq.* Thus, this case falls within the original federal question jurisdiction of this Court pursuant to 28 U.S.C. § 1331.

8. This Court also has supplemental jurisdiction over Plaintiff's state law claims. Where a United States Federal District Court has original jurisdiction over at least one of the claims in a case, the Court also has supplemental jurisdiction over any additional claims that are "so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a). Here, Plaintiff's state law claims for age discrimination, retaliation, and hostile work environment under Chapter 21 of the Texas Labor Code are closely related to his claims for age discrimination, retaliation, and hostile work environment under the Age Discrimination in Employment Act and Title VII of the Civil Rights Act of 1964. Indeed, Plaintiff relies on the same alleged facts to support his state law and federal law claims. Therefore, this Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367(a).

9. Venue is proper in the United States District Court for the Southern District of Texas, Houston Division, under 28 U.S.C. §§ 1391(b) and 124(b)(1) because the Houston Division includes Harris County, where the State Action is pending.

10. As required by 28 U.S.C. § 1446(d), a Notice to State Court of Filing of Notice of Removal, along with a copy of this Notice of Removal, will be promptly filed with the clerk of the 333rd Judicial District Court of Harris County and served on Plaintiff. A copy of the Notice to State Court of Filing of Notice of Removal is attached hereto as Exhibit 4.

## III.
## CONCLUSION

WHEREFORE, Defendants respectfully request the removal of this action from the 333rd Judicial District Court of Harris County, Texas to this Court.

Dated: January 31, 2018

Respectfully submitted,

*/s/ Kelley Edwards*

Kelley Edwards, Attorney-in-Charge
State Bar No. 24041775
Federal ID No. 560755
Littler Mendelson, P.C.
1301 McKinney Street, Suite 1900
Houston, Texas 77010
713.951.9400 (Telephone)
713.951.9212 (Facsimile)
kedwards@littler.com

**ATTORNEYS FOR DEFENDANTS STRIPES LLC AND ENERGY TRANSFER PARTNERS LP/SUNOCO LP**

*Of Counsel:*

Luke C. MacDowall
State Bar No. 24104445
Federal ID No. 2983511
Littler Mendelson, P.C.
1301 McKinney Street, Suite 1900
Houston, TX 77010
713.951.9400 (Telephone)
713.951.9212 (Telecopier)
lmadowall@littler.com

# CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2018, a true and correct copy of the above and foregoing instrument was served on the following via certified mail, return receipt requested, as follows:

Jack F. Holmes, Esq.
Joaquin Rodriguez, Esq.
The Gbenjo Law Group
9009 Bisonnet Street
Houston, Texas 77074
yourlawgroup@yahoo.com
yourlawgroup9@yahoo.com

**CM/RRR No. 9314 7699 0430 0042 9078 07**

*/s/ Kelley Edwards*
Kelley Edwards

Firmwide:152558474.1 076244.1021