IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SAM BARR, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:18-CV-296 |
| | § | |
| STRIPES LLC, & ENERGY TRANSFER PARTNERS LP/SUNOCO LP, | § § § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendants Stripes LLC's & Energy Transfer Partners LP/Sunoco LP's Unopposed Motion to Extend Case Deadlines. After consideration of said Motion, it is ORDERED that the Motion is hereby GRANTED.

It is ORDERED that the Scheduling Order shall be amended to reflect the following deadlines and trial setting:

| | |
|---|---|
| Discovery | April 26, 2019 |
| Dispositive Motions | June 14, 2019 |
| Non-Dispositive Motion | June 14, 2019 |
| Joint Pretrial Order | October 11, 2019 |
| Trial | September 30, 2019 |

Signed on this 8th day of February, 2019.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE